1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

FILED
JUN 3 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:08-cr-0349 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASES AND [PROPOSED] ORDER REASSIGNING CRIMINAL MATTER |
| JORDAN VARNER, | ) |
| Defendant. | ) [Local Rules 123(a)(4), (c), (f)] |

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-0232 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| JORDAN VARNER, | ) |
| Defendant. | ) |

1

1   The United States of America, through its undersigned counsel,
2 hereby notices the Court and the Clerk of the Court that the
3 supervised release violation petition in <u>United States v. Varner</u>,
4 Case No. 2:08-cr-0349 EJG, is related to the case <u>United States v.
5 Varner</u>, Case No. 2:11-cr-0232 FCD, within the meaning of Local Rule
6 123(a)(4). A related case finding is also supported by the
7 rationale of Local Rule 123(f).

**Proceedings Before the Honorable Edward J. Garcia**

9   In <u>United States v. Varner</u>, Case No. 2:08-cr-0349 EJG, the
10 Court accepted the defendant's guilty plea to felon in possession of
11 a firearm on October 24, 2008. The Court sentenced VARNER to 18
12 months in prison and 36 months of supervised release on January 9,
13 2009.

14   After VARNER's release from federal custody, the Probation
15 Officer filed a petition alleging that VARNER violated the terms of
16 supervised release on February 2, 2010, by being arrested for felon
17 in possession of a firearm. On May 21, 2010, the Court held a
18 contested evidentiary hearing on the supervised release violations.
19 At the conclusion of the hearing, the Court found the allegations in
20 the petition to be true and revoked VARNER's supervised release.
21 The Court then sentenced VARNER to 11 months in prison followed by
22 22 months of supervised release. This is the same underlying
23 criminal conduct alleged in the new indictment of <u>United States v.
24 Varner</u>, 2:11-cr-0232 FCD.

25   After serving his 11-month prison sentence, the Probation
26 Officer again filed a petition alleging new law violations against
27 VARNER in <u>United States v. Varner</u>, Case No. 2:08-cr-0349 EJG. On
28 May 13, 2011, the Court accepted VARNER's admissions to each of the

1 violations alleged in the new petition.  Disposition on those
2 violations is presently set before the Court on June 10, 2011.

### Proceedings before the Honorable Frank C. Damrell, Jr.

On June 2, 2011, a Sacramento grand jury returned a single count Indictment in United States v. Varner, Case No. 2:11-cr-0232 FCD.  The Indictment alleges that VARNER was a felon in possession of a firearm on or about February 12, 2010.  This is the same underlying criminal conduct that formed the basis of the evidentiary hearing before Judge Garcia in May of 2010 based upon VARNER violating the terms of his supervised release.  Aside from assignment of the Indictment to the Honorable Frank C. Damrell, Jr., no additional proceedings have occurred in United States v. Varner, Case No. 2:11-cr-0232 FCD.

### Related Cases Under Local Rule 123

In this case, the two Varner matters are related within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.

In addition, the two Varner matters are similar to the related cases contemplated by Local Rule 123(f) because the basis of an earlier petition for supervised release violation before Judge Garcia is the same conduct underlying the new Indictment before Judge Damrell.

The United States respectfully requests that both matters be assigned to Judge Garcia under the authority of Local Rule 123(c).  In this case, Judge Garcia has presided over the earlier Varner matter since 2008.  During that time, the Court accepted VARNER's guilty plea, sentenced him, presided over a contested evidentiary hearing in connection with the supervised release

3

violation, sentenced VARNER again, and, most recently, accepted VARNER's admissions to new violations of supervised release. The Court will sentence VARNER for these new violations on June 10, 2011.

For these reasons, the United States respectfully requests that this Honorable Court (1) find that the pending supervised release violation in <u>United States v. Varner</u>, Case No. 2:08-cr-0349 EJG, is related to the pending Indictment in <u>United States v. Varner</u>, Case No. 2:11-cr-0232 FCD, because assignment of these actions to a single Judge is likely to effect a savings of judicial effort, and (2) pursuant to Local Rule 123(c) order the Clerk's Office to reassign the Indictment in <u>United States v. Varner</u>, Case No. 2:11-cr-0232 FCD, to the Honorable Edward J. Garcia.

                    Respectfully submitted,

                    BENJAMIN B. WAGNER
                    United States Attorney

DATED: June 2, 2011     By:  <u>/s/Jason Hitt</u>
                            JASON HITT
                            Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Varner</u>, Case No. 2:11-cr-0232 FCD, is related to the pending supervised release violation in <u>United States v. Varner</u>, Case No. 2:08-cr-0349 EJG, within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.

Based upon this finding, pursuant to Local Rule 123(c), **IT IS HEREBY ORDERED** that the Clerk of the Court shall **REASSIGN** <u>United States v. Varner</u>, Case 2:11-cr-0232 FCD, to the Honorable Edward J. Garcia.

**IT IS FURTHER ORDERED** that the Clerk of the Court make appropriate adjustment in the assignment of cases to compensate for this reassignment. *This case has been placed on Judge Garcia's Calendar for Friday, June 10, 2011 @ 10AM for Status Conference.*

**IT IS SO ORDERED.**

DATED: 6/3/11

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE