1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JORDAN VARNER
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,  ) NO. CR.S-08-349-EJG
11 |           Plaintiff,       )     CR.S-11-232-EJG
                                )
12 |     v.                     ) **STIPULATION AND ORDER;**
                                ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
13 | JORDAN VARNER,             )
                                ) Date: July 15, 2011
14 |           Defendant.       ) Time: 10:00 a.m.
   | _____    ) Judge: Hon. Edward J. Garcia
15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and
18 COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date
19 of June 24, 2011 be vacated, and the matter be set for status conference on July 15, 2011 at
20 10:00 a.m.

21     The reason for this continuance is to allow defense counsel additional time to review
22 the discovery, consult with her client, examine possible defenses, and continue investigating
23 the facts of the case.  Based upon the foregoing, the parties agree that the time under the
24 Speedy Trial Act should be excluded from the date of signing of this order through and
25 including July 15, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time
26 to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

27

28

| | | |
|---|---|---|
| 1 | DATED: June 22, 2011. | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Public Defender |
| 3 | | |
| 4 | | /s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender |
| 5 | | Designated Counsel for Service<br>Attorney for JORDAN VARNER |
| 7 | DATED: June 22, 2011. | BENJAMIN WAGNER<br>United States Attorney |
| 9 | | /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |
| 10 | | Attorney for Plaintiff |

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 24, 2011, status conference hearing be continued to July 15, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 15, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   June 21, 2011                    /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States District Judge