1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   (916) 498-5700

5   Attorney for Defendant
    JORDAN VARNER

6

**FILED**

NOV 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,          )   NO.   CR.S-08-349-EJG
                                        )         CR.S-11-232-EJG
11                  Plaintiff,          )
                                        )   **STIPULATION AND [PROPOSED]**
12          v.                          )   **ORDER; CONTINUING STATUS**
                                        )   **CONFERENCE AND DISPOSITION**
13   JORDAN VARNER,                     )   **HEARING AND EXCLUDING TIME**
                                        )
14                  Defendant.          )   Date:   January 6, 2012
                                        )   Time:   10:00 a.m.
15                                      )   Judge:  Hon. Edward J. Garcia
                                        )
16   _____

17

18          IT IS HEREBY STIPULATED by and between the parties hereto through their

19   respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and

20   COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date

21   and disposition hearing date of December 2, 2011, be vacated, and the matter be set for status

22   conference and disposition hearing on January 6, 2012, at 10:00 a.m.

23          The reason for this continuance is to allow defense counsel additional time to review

24   the discovery, consult with her client, examine possible defenses, and continue investigating

25   the facts of the case as well as settlement discussions between the parties regarding both the

26   new indictment and the supervised release violation.

27          Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

28   should be excluded from the date of signing of this order through and including January 6,

1  2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

2  Code T4 based upon continuity of counsel and defense preparation.

3

4  DATED: November 21, 2011                    Respectfully submitted,

5                                               DANIEL J. BRODERICK
                                                 Federal Public Defender
6
                                                 /s/ Courtney Fein
7                                                COURTNEY FEIN
                                                 Assistant Federal Defender
8                                                Designated Counsel for Service
                                                 Attorney for JORDAN VARNER
9

10 DATED: November 21, 2011.                    BENJAMIN WAGNER
                                                 United States Attorney
11
                                                 /s/ Jason Hitt
12                                               JASON HITT
                                                 Assistant U.S. Attorney
13                                               Attorney for Plaintiff

14                                   ORDER

15        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

16 December 2, 2011, status conference hearing be continued to January 6, 2012, at 10:00 a.m.

17 Based on the representation of defense counsel and good cause appearing therefrom, the

18 Court hereby finds that the failure to grant a continuance in this case would deny defense

19 counsel reasonable time necessary for effective preparation, taking into account the exercise

20 of due diligence. The Court finds that the ends of justice to be served by granting a

21 continuance outweigh the best interests of the public and the defendant in a speedy trial. It

22 is ordered that time up to and including the January 6, 2012, status conference and disposition

23 hearing shall be excluded from computation of time within which the trial of this matter must

24 be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

25 and Local Code T-4, to allow defense counsel reasonable time to prepare.

26 Dated:   11/29/11

27                                               EDWARD J. GARCIA
                                                 United States District Judge
28