1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JORDAN VARNER

6

                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          )   NO. CR.S-08-349-EJG
                                      )       CR.S-11-232-EJG
10                Plaintiff,          )
                                      )   **STIPULATION   AND   ORDER;**
11       v.                           )   **CONTINUING STATUS CONFERENCE**
                                      )   **AND   DISPOSITION   HEARING   AND**
12 JORDAN VARNER,                     )   **EXCLUDING TIME**
                                      )
13                Defendant.          )   Date:  April 27, 2012
                                      )   Time:  10:00 a.m.
14                                    )   Judge:  Hon. Edward J. Garcia
   _____
15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

   counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY
17
   FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition
18
   hearing date of April 6, 2012, be vacated, and the matter be set for status conference and disposition
19
   hearing on April 27, 2012, at 10:00 a.m.
20
         The reason for the continuance is that Counsel would like to dispose of the supervised release
21
   violation petition before proceeding to change of plea on the new indictment.  Counsel believe that
22
   this may assist in fashioning a new plea agreement.  Counsel has become aware that the probation
23
   officer may have written a disposition memorandum and would like to confer with probation in order
24
   to obtain a copy if such a memo was written.  Defense counsel will need time to confer with her client
25
   and discuss the proposal to handle the two pending matters separately.
26
         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should
27
   be excluded from the date of signing of this order through and including April 27, 2012, pursuant to
28

1  18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon

2  continuity of counsel and defense preparation.

3

4  DATED:  April 3, 2012                          Respectfully submitted,

5                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender

6
                                                  /s/ Courtney Fein
7                                                 COURTNEY FEIN
                                                  Assistant Federal Defender
8                                                 Designated Counsel for Service
                                                  Attorney for JORDAN VARNER
9

10 DATED:  April 3, 2012.                         BENJAMIN WAGNER
                                                  United States Attorney
11
                                                  /s/ Jason Hitt
12                                                JASON HITT
                                                  Assistant U.S. Attorney
13                                                Attorney for Plaintiff

14                                     ORDER

15        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April

16 6, 2012,  status conference hearing be continued to April 27, 2012, at 10:00 a.m.  Based on the

17 representation of defense counsel and good cause appearing therefrom, the Court hereby finds that

18 the failure to grant a continuance in this case would deny defense counsel reasonable time necessary

19 for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

20 ends of justice to be served by granting a continuance outweigh the best interests of the public and

21 the defendant in a speedy trial.  It is ordered that time up to and including the April 27, 2012, status

22 conference and disposition hearing shall be excluded from computation of time within which the trial

23 of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

24 and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

25 Dated:     April 3, 2012

26                                                /s/ Edward J. Garcia

27                                                _____
                                                  EDWARD J. GARCIA
                                                  United States District Judge
28

2