```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   2:11-CR-00232-EJG
                                  )
12            Plaintiff,          )   PRELIMINARY ORDER OF
                                  )   FORFEITURE
13       v.                       )
                                  )
14  JORDAN VARNER,                )
                                  )
15            Defendant.          )
                                  )
16
```

17      Based upon the plea agreement entered into between plaintiff
18 United States of America and defendant Jordan Varner it is hereby
19 ORDERED, ADJUDGED AND DECREED as follows:
20      1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
21 2461(c), defendant Jordan Varner's interest in the following
22 property shall be condemned and forfeited to the United States of
23 America, to be disposed of according to law:
24          a. A Smith and Wesson .32 caliber revolver, Model 30,
               Serial Number H64689, and
25
            b. 6 rounds of .32 caliber Remington ammunition.
26
27      2.  The above-listed property constitutes a firearm and
28 ammunition involved or used in a knowing violation of 18 U.S.C. §

1  922(g)(1).

2    3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final

///

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

    SO ORDERED this  2ND   day of JULY              , 2012.

                                         /s/ EDWARD J. GARCIA
                                         EDWARD J. GARCIA
                                         United States District Judge

Preliminary Order of Forfeiture