1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700



FILED

OCT - 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00232-EJG |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JORDAN VARNER, | |
| Defendant. | |

WHEREAS, on or about July 3, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Jordan Varner forfeiting to the United States the following property:

   a.   A Smith and Wesson .32 caliber revolver, Model 30, Serial Number H64689, and,

   b.   6 rounds of .32 caliber Remington ammunition.

AND WHEREAS, beginning on July 13, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

Final Order of Forfeiture

1  AND WHEREAS, the Court has been advised that no third party has filed a claim to the
2 subject property, and the time for any person or entity to file a claim has expired.
3  Accordingly, it is hereby ORDERED and ADJUDGED:
4  1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America
5 all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28
6 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jordan
7 Varner.
8  2.  All right, title, and interest in the above-listed property shall vest solely in the name
9 of the United States of America.
10  3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of
11 and control over the subject property until it is disposed of according to law.
12  SO ORDERED this  4th  day of  Oct. , 2012

_____
EDWARD J. GARCIA
United States District Judge